In Re: ALL AMERICAN SEMICONDUCTOR, INC., et al., Debtors.

Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Plaintiffs–Appellants,

v.

AASI Creditor Liquidating Trust, Defendant–Appellee.

No. 10–12258
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 15, 2011.

Jack R. Reiter, Jordan Scott Kosches, Adorno & Yoss, P.A., Coral Gables, FL, Simon Aron, Wolf Rifkin Shapiro Schulman Rabkin, LLP, Los Angeles, CA, Alan

J. Perlman, Adorno & Yoss, LLP, Fort Lauderdale, FL, for Plaintiffs–Appellants.

Robert William Turken, Mindy A. Mora, Scott N. Wagner, Bilzin, Sumberg, Barna, Price & Axelrod, LLP, Miami, FL, for Defendant–Appellee.

Before TJOFLAT, CARNES and FAY, Circuit Judges.

PER CURIAM:

The sole issue in this appeal is the adequacy of the appellee's reservation of claims (as a debtor in bankruptcy) against appellants to preclude the application of *res judicata* or collateral estoppel to post confirmation actions. Both the Bankruptcy Judge and the District Judge found the reservations set forth in the pleadings filed in the bankruptcy proceedings adequate and legally sufficient. We agree.

AFFIRMED.